JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KAREN THI TRIEU, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____) | NO. CV 10-6188 GW (DTBx) <br><br> **ORDER** <br><br> Hon. George H. Wu |

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's action is dismissed with prejudice in its entirety and all dates are vacated;

2. Costs of suit and attorneys' fees shall be born by each party; and,

3. The Court retains jurisdiction pending completion of the terms of the Stipulation for Compromise Settlement.

DATED: April 11, 2011

_____
GEORGE H. WU
United States District Judge